IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUIS MARTINEZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KENNETH CAMERON et al. | : | NO. 16-0762 |

O R D E R

AND NOW, this 23rd day of May 2016, after careful and independent consideration of Luis Martinez's Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody (Doc. No. 1), review of the Report and Recommendation by United States Magistrate Judge Lynne A. Sitarski (Doc. No. 6), and Petitioner's failure to file timely objections, it is ORDERED as follows:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is DISMISSED WITH PREJUDICE.

3. A certificate of appealability shall not issue because reasonable jurists would not debate the correctness of this Court's ruling.  See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 484 (2000).

4. The Clerk of Court is directed to mark this case closed for statistical purposes.

.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.